Steven Wayne Bonilla
P.O. Box J-48500
San Quentin, CA 94964


FILED
2017 DEC 21 P 1:55
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

United States District Court
Northern District of California

Steven Wayne Bonilla,
   Plaintiff,
      vs
Judge Yvonne Gonzales
Rogers, District Attorney,
Nancy O'Malley, Prosecutor
Jonathan Goodfellow, and
Attorney David Anthony,
   Defendants.

Case No. CV 17 7245 (PR)

—[Expedited Review Requested]

Reporting the Crime of Conspiracy to Obstruct and Impede the Administration of Justice and Law As Mandated by 18 USC §04

In re: Case No. C-08-0471 YGR

The Prosecutor, Jonathan Goodfellow, fabricated a fraudulent, falsified, forged subpoena to fraudulently conceal the unlawful procurement of my phone records. The signature on the fake federal grand jury subpoena for telephone records for [446-3850] of AUSA Robert D. Ward is a photocopy taken from an earlier signing. Which is the reason the original could not be produced under a court order,

—1—

Case No C-02-0636 MHP. It is why the prosecution could not prove that it was ever served on the telephone company. Thus, the record impeaches itself, on its face and pursuant to Code of Civil Procedure § 1916 it mandates the court to expunge the fraudulent record. Which Judge Yvonne Gonzalez Rogers has failed or refused to do by refusing to accept the Petitioner's/my petitions.

District Attorney Nancy O'Malley has refused and failed to disclose how the phone records were procured by the prosecution* under a Penal Code § 1054.9 Post-conviction discovery request, because it would show that Prosecutor Jonathan Goodfellow committed fraud and collusion to procure my illegal conviction. Even under a Public Records Act Request, she would not disclose, what she has a duty to disclose, so she could aid in the conspiracy to obstruct and impede the administration of justice to execute-murder me, an innocent man.

I have a conflict of interest with the court appointed counsel, David Anthony, who knows that the subpoena is a forgery but has failed or refused to raise the claim that the conviction was procured by extrinsic fraud. Even after numerous request to do so. His nonfeasance/misprison to do his duty is proof that he is aiding in the prosecution's conspiracy to execute-murder me. Even when I have tried to file motions under ineffective assistance assistance of counsel, Judge Yvonne Gonzalez Rogers simply returned them without being filed even though she claimed in her order denying any further

*Obviously not by a subpoena - that never existed

-2-

acceptance of my motions would only be allowed if it concerned ineffective assistance of counsel. She simply lied in her order and has refused to file my ineffective assistance of counsel motions for the same reason she has refused/failed to prove that the court ever acquired subject matter jurisdiction. That's because she knows that the subpoena is a forgery, and therefore, could not have been legally admitted into evidence to allow the fruit, thereof, to be admissible. Even a moron can see that the signature is a photocopy when compared to the signature of AUSA Robert D. Ward on the October 29, 1987 federal grand jury subpoena. Her refusal to accept motions of ineffective assistance of counsel; her refusual/failure to prove that the court ever acquired subject matter jurisdiction, her refusal to accept that the subpoena is a forgery, her refusal to accept that the prosecution used extrinsic fraud and only through fraud and collusion was the conviction procured, which would require her to have to expunge the record, is all proof that she is impeding and obstructing the administration of Justice and Law because she is aiding in the prosecution's conspiracy to execute-murder me, an innocent man, for their benefits. If I am wrong it can be simply proven by showing that the federal grand jury subpoena for telephone records [446-3850] was admitted into evidence and produce the original, authentic subpoena. Which would require an original signature; which is impossible to do. Thus, it is impossible

for anyone to disprove that my past 30 years of incarceration was not false imprisonment/enslavement caused by the prosecution's subterfuge.

The Petitioner/me, has repeatedly notified and reported this conspiracy to Judge Yvonne Gonzalez Rogers as required and mandated, as a matter of law, pursuant to 18 USC § 4, but she ignores it because she is part of the conspiracy to execute-murder the Petitioner, an innocent man.

It is simply a ministerial duty, that is mandatory, not optional, [8 Cal. 4th 728], pursuant to 28 USC § 2243 and Penal Code § 1476. All the judge had to do is to order the Prosecutor/prosecution/District Attorney, to prove that the subpoena was admitted into evidence and that it is not a forgery. But the judges failed to perform this ministerial duty because they are all in cahoots with a prosecutor who needed to falsify evidence to obtain a conviction. If they were not allowed to impede the administration of justice and obstruct the law, the legal system would work. By transferring the case back to the trial court who never acquired jurisdiction, originally, who is in cahoots with the prosecution is simply aiding in their conspiracy and is against the law pursuant to [759 F.2d 809].

There is no subject matter jurisdiction when the subpoena for all of the evidence is a forgery. Therefore, any judgment or order rendered by a court/judge in this case is void on its face pursuant to [35 Cal. 4th 180]. The reviewing court's jurisdiction is limited to only reversing the trial court's void judgment pursuant to [35 Cal. 4th 180].

-4-

Judicial immunity only applies when there is jurisdiction of both subject and person. A judge who acts in clear and complete absence of jurisdiction loses his immunity pursuant to [633 F. 2d 844]. Therefore, all judges who have failed to do their ministerial duty, are not only guilty of conspiracy to obstruct and impede administration of justice have done it without "Judicial Immunity" and get away with it only because the other Judges allow it by also neglecting to do their ministerial duty owed to the Petitioner to compel the prosecution to prove that the subpoena was admitted into evidence and it is not a forgery. Otherwise, the appeal process is nothing more than a criminal enterprise to enslave innocent citizens for financial gain, job security, political acceptance and career advancement.

## Relief Sought

To compel defendants to prove that said subpoena was admitted into evidence and that it is not a forgery. Otherwise, it requires the record to be expunged and the Petitioner, an innocent man, released from his 30 years of false imprisonment/slavery.

## Verification

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 USC § 1746.

Dated: November 28, 2017

Respectfully Submitted
Steven Wayne Bonilla

Boulla 748500
SD, CA 94964

U.S. District Court
1301 Clay Street, # 400 S
Oakland, CA 94612)

U.S. POSTAGE >> PITNEY BOWES
ZIP 94964
02 1W
0001397520 NOV 29 2017
$ 000.67⁰



EL DORADO COUNTY SUPERIOR COURT
CAMERON PARK BRANCH
1321 Cameron Park Drive
Cameron Park, CA 95682-8860

Steven Wayne Bonilla
P.O. Box J-48500
San Quentin, CA 94964

CONFIDENTIAL MAIL
This letter was opened and resealed only in the presence of the inmate addressee.

Delivery by: _____ Officer
Received by: _____ Inmate
Date: _____